UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROLAND K. SMITH | CIVIL ACTION |
| VERSUS | NO: 07-3989 |
| JOHN J. MCGUCKIN, ST. TAMMANY PARISH PUBLIC DEFENDERS OFFICE | SECTION: R(3) |

**ORDER**

Having reviewed *de novo* the complaint, the applicable law, and the Magistrate Judge's Report and Recommendation, the Court approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly, it is ordered that plaintiff's claims brought against defendant are DISMISSED with prejudice as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i).

New Orleans, Louisiana, this 7th day of November, 2007.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE